1  DWIGHT B. BISHOP, ESQ. (SB# 37381)
   DWIGHT B. BISHOP, INC.
2  1511 Treat Blvd., Ste. 200
3  Walnut Creek, CA 94598
   Telephone (925) 939-2544
4  Fax (925) 939-8366

5  Attorney for Plaintiff
   FRANK CHRISTENSEN
6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANK CHRISTENSEN

    Plaintiffs,

vs.

SYLVIA BABCOCK, et al.

    Defendants.
_____/

CASE NO. C05 00095 EMC

JOINT APPLICATION FOR RELEASE OF FUNDS INTERPLEADED BY LINCOLN NATIONAL LIFE INSURANCE COMPANY ; ORDER

    Plaintiff, Fran Christensen and defendant, Sylvia Babcock, by and through their respective attorneys, hereby jointly apply to this Court for release of the funds interpleaded by Lincoln National Life insurance Company.

    WHEREAS,

    1.    On January 6, 2005, plaintiff filed a complaint against Sylvia Babcock and Lincoln National Life Insurance Company claiming entitlement to the proceeds of annuity contract number 643627 with Lincoln National Life Insurance Company as the primary beneficiary thereof.

    2.    On or aout March 7, 2005, Lincoln National Life Insurance Company filed a cross-claim in interpleader and deposited the proceeds of said annuity contract #643627 in the amount of

-1-

DWIGHT B. BISHOP, INC.
A PROFESSIONAL CORPORATION
1511 TREAT BOULEVARD
SUITE 200
WALNUT CREEK, CA 94598
(925) 939-2544

1  $124,689.41 with the court. In May, 2005, Lincoln National Life Insurance Company was

2  dismissed as a defendant in this action by stipulation of the parties and order of this court.

3      3.    On October 11, 2005, at a court-ordered mediation, plaintiff and defendant settled

4  This action and personally signed a settlement agreement that defendant, Sylvia Babcock, shall

5  receive $30,000.00 of the Lincoln National Life Insurance Company annuity funds deposited with

6  this court by Lincoln National Life Insurance Company and plaintiff, Fran Christensen, shall

7  receive the balance of said funds. Each side shall pay their own attorney fees and costs.

8      4.    Upon receipt of the balance of the annuity funds on deposit with this court,

9  plaintiff, Frank Christensen, shall file a dismissal of this action with prejudice.

10  NOW THEREFORE,

11  Based on the above-recited facts, plaintiff, Fran Christensen, and defendant, Sylvia

12  Babcock, hereby jointly petition this Court to order the clerk of the court to release forthwith the

13  funds deposited by Lincoln National Life Insurance Company on March 7, 2005 , as follows:

14      1.    $30,000.00 payable to defendant, Sylvia Babcock, and her attorney Lawrence D.

15  Samelson immediately; and

16      2.    The balance to be held until further notice.

Dated: 11/21, 2005

DWIGHT B. BISHOP, INC.

BY *[signature]*
Dwight B. Bishop, Attorney for plaintiff

Dated: Nov 22, 2005

*[signature]*
Lawrence D. Samelson, Attorney for
Defendant, Sylvia Babcock

IT IS SO ORDERED

*[signature]*
EDWARD M. CHEN, MAGISTRATE JUDGE
12/1/05
Date

-2-

DWIGHT B. BISHOP, INC.
A PROFESSIONAL CORPORATION
1511 TREAT BOULEVARD
SUITE 200
WALNUT CREEK, CA 94598
(925) 939-2544