DWIGHT B. BISHOP, ESQ. (SB# 37381)
DWIGHT B. BISHOP, INC.
1511 Treat Blvd., Ste. 200
Walnut Creek, CA 94598
Telephone (925) 939-2544
Fax (925) 939-8366

Attorney for Plaintiff
FRAN CHRISTENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAN CHRISTENSEN, | NO. C05-00095 EMC |
| Plaintiff, | STIPULATION OF DISMISSAL AND (PROPOSED) ORDER THEREON |
| vs. | |
| SYLVIA BABCOCK, et al. | |
| Defendants. | |

    Plaintiff, FRAN CHRISTTENSEN, by and through her counsel, and defendant, SYLVIA BABCOCK, by and through her counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to FEd.R.Civ.P.41(A)(1). Outside of the terms of the Mutual Settlement Agreement and Release (Agreement) herein, each party is to bear its own costs and attorney's fees.

    Therefore, IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Section 41(a)(1).

///

///

///

-1-

DWIGHT B. BISHOP, INC.
A PROFESSIONAL CORPORATION
1511 TREAT BOULEVARD
SUITE 200
WALNUT CREEK, CA 94598
(925) 939-2544

This Stipulation may be executed in Counterparts, all of which together shall constitute one original documents.

Dated: November 18, 2005

DWIGHT B. BISHOP, INC.

BY _____
DWIGHT B. BISHOP
Attorney for Plaintiff Fran Christensen

Dated: November 22, 2005

LAWRENCE SAMELSON, ESQ.

BY _____
LAWRENCE SAMELSON
Attorney for Defendant Sylvia Babcock

**ORDER**

IT IS SO ORDERED

Dated: __12/1__, 2005

_____
HONORABLE EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE

DWIGHT B. BISHOP, INC.
A PROFESSIONAL CORPORATION
1511 TREAT BOULEVARD
SUITE 200
WALNUT CREEK, CA 94598
(925) 939-2544

-2-