DWIGHT B. BISHOP, ESQ. (SB# 37381)
DWIGHT B. BISHOP, INC.
1511 Treat Blvd., Ste. 200
Walnut Creek, CA 94598
Telephone (925) 939-2544
Fax (925) 939-8366

Attorney for Plaintiff
FRANK CHRISTENSEN

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRAN CHRISTENSEN,

    Plaintiffs,

vs.

SYLVIA BABCOCK, et al.

    Defendants.

CASE NO. C05 00095 MBC EMC

JOINT APPLICATION FOR RELEASE OF FUNDS INTERPLEADED BY LINCOLN NATIONAL LIFE INSURANCE COMPANY ; ORDER

    Plaintiff, Fran Christensen and defendant, Sylvia Babcock, by and through their respective attorneys, hereby jointly apply to this Court for release of the funds interpleaded by Lincoln National Life insurance Company.

    WHEREAS,

    1.    On January 6, 2005, plaintiff filed a complaint against Sylvia Babcock and Lincoln National Life Insurance Company claiming entitlement to the proceeds of annuity contract number 643627 with Lincoln National Life Insurance Company as the primary beneficiary thereof.

    2.    On or about March 7, 2005, Lincoln National Life Insurance Company filed a cross-claim in interpleader and deposited the proceeds of said annuity contract #643627 in the amount of

Dwight B. Bishop, Inc.
A PROFESSIONAL CORPORATION
1511 TREAT BOULEVARD
SUITE 200
WALNUT CREEK, CA 94598
(925) 939-2544

-1-

1 | $124,689.41 with the court. In May, 2005, Lincoln National Life Insurance Company was dismissed
2 | as a defendant in this action by stipulation of the parties and order of this court.
3 |     3. On October 11, 2005, at a court-ordered mediation, plaintiff and defendant settled
4 | this action and personally signed a settlement agreement that defendant, Sylvia Babcock, shall receive
5 | $30,000.00 of the Lincoln National Life Insurance Company annuity funds deposited with this court
6 | by Lincoln National Life Insurance Company and plaintiff, Fran Christensen, shall receive the balance
7 | of said funds. Each side shall pay their own attorney fees and costs.
8 |
9 |     4. Upon receipt of the balance of the annuity funds on deposit with this court,
10 | plaintiff, Fran Christensen, shall file a dismissal of this action with prejudice.
11 | NOW THEREFORE,
12 |
13 | Based on the above-recited facts, defendant Sylvia Babcock, has received $30,000.00, and
14 | plaintiff, Fran Christensen, hereby jointly petition this Court to order the Clerk of the Court to release
15 | forthwith the balance of the funds deposited by Lincoln National Life Insurance Company on March
16 | 7, 2005, to Fran Christensen and her attorney, Dwight B. Bishop.

Dated: Jan 30, 2006

DWIGHT B. BISHOP, INC.

BY _____
Dwight B. Bishop, Attorney for plaintiff

Dated: JAN 30, 2006

_____
Lawrence N. Samelson, Attorney for
Defendant, Sylvia Babcock

IT IS SO ORDERED

_____
EDWARD M. CHEN, MAGISTRATE JUDGE
2/1/06
Date

DWIGHT B. BISHOP, INC.
A PROFESSIONAL CORPORATION
1011 TREAT BOULEVARD
SUITE 300
WALNUT CREEK, CA 94596
(925) 935-2644

-2-